# EXHIBIT A



PHONE: 888.407.7761
FAX: 855.245.7482
EMAIL: CS@CATALYST-CONNECT.COM

# *Topical Cream Kit*

## Livixil Pak

**NDC: 15455-9504-1**
**AWP: $1660.35**



**KIT CONTENTS:**
- **(3) Tubes of Lidocaine 2.5% / Prilocaine 2.5% Cream (a eutectic mixture)**
  - **30 grams/tube**
- **(20) Individually wrapped occlusive dressings**

Product listed with First Data Bank and MediSpan
FDA Status: New Drug Application Authorized Generic
Distributed by Alvix Laboratories, LLC



Please contact *Gaby Marroquin at 888-407-7761 ext. 0792* or email @ *cs@catalyst-connect.com*

10245 West Little York Rd., Suite 400, Houston TX 77040 | 888.407.7761 | cs@catalyst-connect.com

Ref #: 00420160834