# EXHIBIT B



PHONE: 888.407.7761
FAX: 855.212.3765
EMAIL: CS@CATALYST-CONNECT.COM

# *Topical Cream Kit*

### Livixil Pak
NDC: 15455-9504-1
AWP: $1660.35
Avg Payment: $1300.00

**KIT CONTENTS:**
- (3) Tubes of Lidocaine 2.5% / Prilocaine 2.5% Cream (a eutectic mixture)
  - 30 grams/tube
- (20) Individually wrapped occlusive dressings



Product listed with First Data Bank and MediSpan
FDA Status: New Drug Application Authorized Generic
Distributed by Alvix Laboratories, LLC



Please contact **Gaby Marroquin at 888-407-7761 ext. 0792** or email @ *cs@catalyst-connect.com*

10245 West Little York Rd., Suite 409, Houston TX 77040 | 888.407.7761 | cs@catalyst-connect.com

Ref # :0332015-0426