# EXHIBIT C



PHONE: 888.407.7761
FAX: 855.212.3765
EMAIL: CS@CATALYST-CONNECT.COM

# Topical Cream Kit

**Dipentocaine Topical Cream Compounding Kit**
NDC: 15455-7566-1
AWP: $618.94



### KIT CONTENTS:
- (1) Bottle of Diclofenac Sodium USP Powder 5.7 grams
- (1) Bottle of Gabapentin USP Powder 5.7 grams
- (1) Bottle of USP Powder Lidocaine Hydrochloride Anhydrous 2.28 grams
- (1) Bottle of TDC Max Cream Base 100.32 grams

*The FDA has not approved Alvix-Dipentocaine™ Topical Cream Compounding Kit to cure, treat, or mitigate disease. Alvix-Dipentocaine™ Topical Cream Compounding Kit is intended for preparation in accordance with state and federal regulation governing compounding and is available to patient by prescription only.*

### EQUIPMENT NEEDED:
- Mill
- Spatula
- Mixing bowl
- Topi-Pump™

Product listed with First Data Bank and MediSpan
FDA Status: New Drug Application Authorized
Generic Distributed by Alvix Laboratories, LLC



Please contact **Gaby Marroquin at 888-407-7761 ext. 0792** or email @ *cs@catalyst-connect.com*

10245 West Little York Rd., Suite 400, Houston TX 77040 | 888.407.7761 | cs@catalyst-connect.com

Ref # 03272016-0426