# EXHIBIT D

16-May-2016  14:58   Catalyst                                   888-407-7761            p.1



PHONE: 888.407.7761
FAX: 855.212.3765
EMAIL: CS@CATALYST-CONNECT.COM

## *Topical Gel Kit*

**DS Prep Pak**
NDC: 15455-9551-1
AWP: $481.94



**KIT CONTENTS:**

- (1) Tube of VOLTAREN® 1% Topical Gel 100 grams
- (20) Gloves
- (20) Antiseptic Wipes

*A topical gel used to relieve pain and inflammation associated with osteoarthritis.*

Product listed with First Data Bank and MediSpan
FDA Status: Unapproved drug, other
Distributed by Alvix Laboratories, LLC



Please contact **Gaby Marroquin at 888-407-7761 ext. 0792** or email @ *cs@catalyst-connect.com*

10245 West Little York Rd., Suite 400, Houston TX 77040 | 888.407.7761 | cs@catalyst-connect.com

Ref # 1037015-0476